**Order entered August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00758-CV

## EQUINE HOLDINGS, LLC, Appellant

### V.

## MICHAEL JACOBY, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18005**

## ORDER

Before the Court is appellee's August 23, 2019 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **September 3, 2019**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE